LAW OFFICES
MCCALLA RAYMER LEIBERT PIERCE, LLP
BANKRUPTCY DEPARTMENT
280 Trumbull St FL 23
Hartford, CT 06103
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

August 25, 2026

Clerk, United States Bankruptcy Court
Connecticut Financial Center
157 Church St., 18th Flr.
New Haven, CT 06510

**REQUEST FOR WITHDRAWAL OF NOTICE**

RE:

| | |
|---|---|
| Debtor | Jacqueline L. True |
| Case Number | 26-30774-AMN |
| Chapter | 13 |
| Secured Creditor | Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Owner Trustee for Onity Loan Acquisition Trust 2025-HB2 |
| Loan Number | XXXXXX6477 |

Dear Sir / Madam:

Would you be so kind as to withdraw Docket Entry 9 Notice of Appearance in the above referenced case:

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Owner Trustee for Onity Loan Acquisition Trust 2025-HB2
c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
Bankruptcy Department
280 Trumbull St FL 23
Hartford, CT 06103

We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

Very Truly Yours,

*/s/ A. Michelle Hart Ippoliti*

c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
280 Trumbull St FL 23
Hartford, CT 06103
Phone: 678-281-6537
Email: michelle.ippoliti@mccalla.com
Attorney Bar No: 334291